UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JONATHAN CASE and MICHELLE CASE

                                Plaintiffs,        STIPULATION OF
-against-                                      DISCONTINUANCE
                                                        12-CV-315

HORNADY MANUFACTURING COMPANY,
REMINGTON ARMS COMPANY, INC. and
DICK'S SPORTING GOODS, INC.

                                Defendants.

---

***It is hereby stipulated and agreed,*** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: January 31, 2013

L. MICHAEL MACKEY
Feeney, Centi and Mackey
Attorneys for Plaintiffs
116 Great Oaks Blvd.
Albany, New York 12203
(518) 452-3710

ANDREW LOTHSON, ESQ.
Swanson, Martin & Bell, LLP
Co-Counsel for Defendant
Remington Arms Company, Inc.
330 North Wabash, Suite 3300
Chicago, Illinois 60611

_____
PATRICK D. SLADE, ESQ.
Santacrose & Frary
Attorneys for Defendants
Hornady Manufacturing Company
and Dick's Sporting Goods, Inc.
One Columbia Circle
Albany, New York 12203

_____
PAUL D. JURELLER, ESQ.
Thorn Gershon Tymann and
Bonanni, LLP
Co-Counsel for Defendant
Remington Arms Company, Inc.
5 Wembley Court, New Karner Rd.
P.O. Box 15054
Albany, New York 12212-5054